IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ARIEL SANCHEZ-GARCIA                                                          PETITIONER
Reg. #23245-047

V.                              2:12CV00025 DPM/JTR

T.C. OUTLAW, Warden,                                                          RESPONDENT
FCI-Forrest City

## ORDER

Respondent has filed a Response to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (Docket entry #5.)   Petitioner is directed to file a Reply, addressing Respondent's arguments, **on or before April 13, 2012.**

DATED THIS 16th DAY OF March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE