IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ARIEL SANCHEZ-GARCIA**
Reg. # 23245-047                                                    PETITIONER

v.                       No. 2:12-cv-25-DPM

**T.C. OUTLAW, Warden,**
**FCI-Forrest City**                                                RESPONDENT

## JUDGMENT

Sanchez-Garcia's petition for a writ of habeas corpus is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 October 2012